HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

***E-FILED 4/4/08***

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. NORRIS, | ) Civil No. C07-04167 RMW |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time of (30) days up through and including Monday, April 21, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (19) Plaintiff's counsel currently has before this court and other district courts that also require briefing in and around this time period.

1
2          JOSEPH P. RUSSONIELLO
3          United States Attorney
4
5
6  Dated: March 17, 2008      /s/
7          GINA SHIN
        Assistant U.S. Attorney
8
9
10
11  Dated: March 17, 2008      /s/
12          HARVEY P. SACKETT
        Attorney for Plaintiff
13          MATTHEW R. NORRIS
14
15  IT IS SO ORDERED.
16
17
18  Dated: April 4, 2008      /s/ Ronald M. Whyte
        HON. JUDGE RONALD M. WHYTE
19          United States District Judge
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER