HARVEY P. SACKETT (72488)

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

***E-FILED 4/25/08***

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW R. NORRIS, | Civil No. C07-04167 RMW |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

        Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time of (30) days up through and including Wednesday, May 21, 2008 in which to e-file his Motion for Summary Judgment. This extension is necessitated by the number of other cases (16) Plaintiff's counsel currently has before this court and other district courts that also require briefing in and around this time period.

1

STIPULATION AND ORDER

1

2
JOSEPH P. RUSSONIELLO
3
United States Attorney

4

5

6   Dated: April 17, 2008                    /s/ _____
                                            GINA SHIN
7                                           Special Assistant U.S. Attorney

8

9

10

11  Dated: April 17, 2008                    /s/ _____
                                            HARVEY P. SACKETT
12                                          Attorney for Plaintiff
                                            MATTHEW R. NORRIS
13

14

15  IT IS SO ORDERED.

16

17
                                            /s/ Ronald M. Whyte
18  Dated:      4/25/08                      _____
                                            HON. JUDGE RONALD M. WHYTE
19                                          United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER