**E-FILED on**   9/29/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW R. NORRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. C-07-04167 RMW<br><br>JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED:    9/29/09

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT  No. C-07-04167 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Betty Herrera          betty@sackettlaw.com
Harvey Peter Sackett      hps@hpspc.com

**Counsel for Defendant:**

Jacqueline Forslund      jacquiline.a.forslund@ssa.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**    9/29/09                           TER
                                                              **Chambers of Judge Whyte**